CROTTY, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>T.CO METALS LLC,<br><br>    Petitioner/Plaintiff,<br>v.<br><br>DEMPSEY PIPE & SUPPLY, INC.,<br><br>    Respondent/Defendant. | No. 07-7747-PAC<br>07cv7749 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 26 2007

## STIPULATION

WHEREAS T.Co Metals, LLC and Dempsey Pipe & Supply, Inc. have each filed separate applications to vacate or modify the Final Amended Arbitration Award arising out of an arbitration between the parties;

WHEREAS T.Co Metals LLC's application is docketed in this Court at 07-7747 before the Honorable Paul A. Crotty and Dempsey Pipe & Supply, Inc.'s application is docketed in this Court at 07-7749 before the Honorable George B. Daniels; and

WHEREAS counsel for Dempsey Pipe & Supply, Inc. has brought the parties' related applications to the attention of the Clerk of Court pursuant to Local Rule 1.6;

IT IS HEREBY STIPULATED by and between the parties hereto through the respective counsel, that the time for T.Co Metals LLC and Dempsey Pipe & Supply, Inc. to respond to the applications in this matters is hereby ADJOURNED until the two applications docketed at 07-7747 and 07-7749 are consolidated and the parties submit a further briefing schedule to the Court for consideration.

Dated: New York, NY
September 17, 2007

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP

_____
Alfred J. Kuffler (AK 2275)
Lathrop B. Nelson, III
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
(215) 772-1500
(215) 772-7620 (fax)
akuffler@mmwr.com
lnelson@mmwr.com

D'AMATO & LYNCH, LLP

Stephen F. Willig (SFW 9847)
Meleena M. Bowers (MMB 3538)
70 Pine Street
New York, New York 10270
(212) 269-0927
(212) 269-3559 (fax)
swillig@damato-lynch.com
mbowers damato-lynch.com

ATTORNEYS FOR T.CO METALS, LLC

MARC J. GOLDSTEIN LAW OFFICES &
ARBITRATION CHAMBERS

_____
Marc J. Goldstein (MG 8701)
1230 Avenue of the Americas, 7th Floor
New York, New York 10020
(212) 799-8605
(212) 658-9151 (fax)
goldstein@lexmarc.us

ATTORNEYS FOR DEMPSEY PIPE &
SUPPLY, INC

APPROVED AND SO ORDERED: 9/26/07

_____

-2-