**Marc J. Goldstein**
**Law Offices**
**& Arbitration Chambers**

Direct Dial: (212) 799-8605
Mobile:      (917) 498-1230

October 8, 2007

BY FAX

Hon. Paul A. Crotty
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Suite 735
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2007
```

October 9, 2007
Application GRANTED
SO Ordered
/s/ Paul Crotty
USDJ

Re: *T. Co. Metals LLC v. Dempsey Pipe & Supply Co.*, 07 CV 7747 (PAC); *Dempsey Pipe & Supply Co. v. T. Co. Metals LLC*, 07 CV 7749 (PAC) – Notification of Stipulated Schedule

Dear Judge Crotty:

If acceptable to the Court, the parties have agreed to the following schedule:

October 19, 2007: Dempsey Pipe's Memorandum and further evidence in support of its Petition, and in opposition to T. Co.'s Petition.

November 2, 2007: T. Co.'s response to Dempsey's submissions, and reply in support of its Petition.

November 9, 2007: Dempsey Pipe's reply in support of Dempsey's Petition.

On behalf of Dempsey Pipe, we request oral argument upon the parties' respective applications on a date after November 9 at the earliest convenience of the Court.

Respectfully yours,

Marc J. Goldstein

cc. Alfred J. Kuffler, Esq. (by E Mail)

**MEMO ENDORSED**

1230 Avenue of the Americas, 7th Floor   New York, New York 10020
Fax: (212) 658-9151   Email: Goldstein@Lexmarc.us
Web: www.lexmarc.us