**Marc J. Goldstein**
Law Offices
& Arbitration Chambers

Direct Dial: (212) 799-8605
Mobile: (917) 498-1230

October 19, 2007

BY FAX

Hon. Paul A. Crotty
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Suite 735
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 9 2007
```

Application **GRANTED**
SO Ordered  10-19-07

*/s/ Paul A. Crotty/*

Re: *T. Co. Metals LLC v. Dempsey Pipe & Supply Co.*, 07 CV 7747 (PAC); *Dempsey Pipe & Supply Co. v. T. Co. Metals LLC*, 07 CV 7749 (PAC) – Notification of Stipulated Schedule

Dear Judge Crotty:

T. Co. has consented to my request for a slight adjustment of the briefing schedule, to permit Dempsey's submissions originally due today to be served and filed on Monday October 22. We hope this will be acceptable to Your Honor.

Respectfully yours,

Marc J. Goldstein

cc. Alfred J. Kuffler, Esq. (by E Mail)

**MEMO ENDORSED**

1250 Avenue of the Americas, 7th Floor    New York, New York 10020
Fax: (212) 658-9151    Email: Goldstein@Lexmarc.us
Web: www.lexmarc.us