**Marc J. Goldstein**
**Law Offices**
**& Arbitration Chambers**

Direct Dial: (212) 799-8605
Mobile:    (917) 498-1230

October 23, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2007
```

BY FAX

Hon. Paul A. Crotty
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Suite 735
New York, New York 10007

Application **GRANTED**
SO Ordered  10-23-07
/s/ Paul Crotty
USDJ

Re: *T. Co. Metals LLC v. Dempsey Pipe & Supply Co.*, 07 CV 7747 (PAC); *Dempsey Pipe & Supply Co. v. T. Co. Metals LLC*, 07 CV 7749 (PAC) – Notification of Stipulated Schedule

Dear Judge Crotty:

In view of the need to address Dempsey's petition and T. Co.'s petition in one memorandum, I respectfully request leave to submit a brief that is 28 pages in length.

Respectfully yours,

Marc J. Goldstein

cc. Alfred J. Kuffler, Esq. (by E Mail)

**MEMO ENDORSED**

1230 Avenue of the Americas, 7th Floor   New York, New York 10020
Fax: (212) 658-9151   Email: Goldstein@Lexmarc.us
Web: www.lexmarc.us