**Marc J. Goldstein**
**Law Offices**
**& Arbitration Chambers**

**Direct Dial:** (212) 799-8605
**Mobile:** (917) 498-1230

March 19, 2008

BY E MAIL

Hon. Paul A. Crotty
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Suite 735
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 4 2008
```

Re: *T. Co. Metals LLC v. Dempsey Pipe & Supply Co.*, 07 CV 7747 (PAC); *Dempsey Pipe & Supply Co. v. T. Co. Metals LLC*, 07 CV 7749 (PAC)

Dear Judge Crotty:

I am counsel to Dempsey Pipe & Supply Co., the respondent in Case 07-7747 and the Petitioner in Case 07-7749. I write pursuant to Rule #3-N. of Your Honor's Individual Practices to call your attention to the fact that the respective applications of the parties in these cases have not been decided, and that the written submissions were completed on November 9, 2007.

Respectfully yours,

Marc J. Goldstein

cc: Alfred J. Kuffler, Esq. (by E Mail)
   Lathrop B. Nelson III, Esq. (by E Mail)

**MEMO ENDORSED**

The Oral Argument is Set For 4/24/08 at 3:15pm in Courtroom 20C

SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

1230 Avenue of the Americas, 7th Floor    New York, New York 10020
Fax: (212) 658-9151    Email: Goldstein@Lexmarc.us
Web: www.lexmarc.us