UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
DEMPSEY PIPE & SUPPLY, INC.,                  :

      Plaintiff,                                :

      -against-                                :

T.CO. METALS, LLC,                             :

      Defendant.                               :
------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 15 2008

07 Civ. 7749 (PAC)

SUPPLEMENTAL ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated in the Court's Order of July 8, 2008, T. Co. Metals, LLC v. Dempsey Pipe & Supply, Inc., No. 07 Civ. 7747 (PAC) (S.D.N.Y. July 8, 2008), Dempsey's motion is GRANTED in part and DENIED in part. The Original Final Arbitration Award, dated 20 April 2007, is confirmed in full. The Clerk of Court is directed to terminate this motion and close this case.

Dated: New York, New York
       July 15, 2008

SO ORDERED

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge

1