UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEMPSEY PIPE & SUPPLY, INC.,

                Plaintiff,

-against-

T.CO. METALS, LLC,

                Defendant.
------------------------------------------------------------X

07 CIVIL 7749 (PAC)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on July 15, 2008, having rendered its Supplemental Order granting in part and denying in part Dempsey's motion and confirming the Original Final Arbitration Award dated 20 April 2007 in full, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Supplemental Order dated July 15, 2008, Dempsey's motion is granted in part and denied in part and the Original Final Arbitration Award dated 20 April 2007, is confirmed in full; accordingly, the case is closed.

**Dated:** New York, New York
          July 17, 2008

                                  **J. MICHAEL McMAHON**
                                   **Clerk of Court**
          BY:
                                   **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____