DUPLICATE-YELLOW     TRIPLICATE-PINK

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
SOUTHERN DISTRICT OF NEW YORK

E 659308

at

FROM  Damato & Lynch

07cv7749 (PAC)

NOA

Deposit Funds
Registry Funds
General and Special Funds
Immigration Fees
Attorney Admission Fees
Filing Fees
Sale of Publications
Copy Fees
Miscellaneous Fees
Interest
Recoveries of Court Costs
Restitution to U.S. Government
Conscience Fund
Gifts
Crime Victims Fund
Unclaimed Monies
Civil Filing Fee (½)
Registry Fee

drafts are accepted subject to col-
ll credit will only be given when the
t has been accepted by the financial
which it was drawn.

DEPUTY CLERK:

| | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DEMPSEY PIPE & SUPPLY, INC., | : | No. 07 CV 7749 (PAC) |
| Plaintiff | : | |
| v. | : | **NOTICE OF APPEAL** |
| | : | |
| T.CO METALS LLC, | : | |
| Defendant | : | |

Notice is hereby given that T.Co. Metals LLC, defendant, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on July 17, 2008.

Dated: *August 1, 2008*

          Respectfully submitted,

          MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By: _____
          Alfred J. Kuffler (AK 2275)
          Lathrop B. Nelson, III
          123 South Broad Street
          Avenue of the Arts
          Philadelphia, PA 19109
          (215) 772-1500
          (215) 772-7620 (fax)
          akuffler@mmwr.com
          lnelson@mmwr.com

          D'AMATO & LYNCH, LLP

2329235v1

By: /s/ Stephen F. Willig
Stephen F. Willig (SFW 9847)
Meleena M. Bowers (MMB 3538)
70 Pine Street
New York, New York 10270
(212) 269-0927
(212) 269-3559 (fax)
swillig@damato-lynch.com
mbowers damato-lynch.com

Attorneys for Appellants

-2-

2329235v1